**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TERRENCE B. SMITH,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:08-CR-62 (CAR)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| _____ | : | |

**ORDER ON THE RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation [Doc. 284] from United States Magistrate Judge Charles H. Weigle, that recommends denying Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence, [Doc. 283] pursuant to 28 U.S.C. § 2255. No Objection to the Recommendation has been filed. Having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 284] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence [Doc. 283], is hereby **DENIED**.

**SO ORDERED,** this  20th day of April, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH